**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_____Northern_____ RECEIVED DIVISION

Ponce D Howard    2016 APR -4 P 4: 47

_____

_____
PLAINTIFF

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.                                    CASE ACTION NO.: 2:16-CV-230-WKW

Hyundai Motor
Manufacturing Alabama            JURY DEMAND (MARK ONE)
_____
DEFENDANT                          ☑ YES        ☐ NO

**EEOC  COMPLAINT**

1.   Plaintiff resides at  4203 Matterhorn Street  _____

2.   Defendant(s)' name(s)  Chris, Jeff, Josh  _____

     _____

     Location of principal office(s) of the named defendant(s)  700 Hyundai Blvd.

     _____

     Nature of defendant(s)' business  Supervisor / Team Leader /
     I P Inspector  _____

     Approximate number of individuals employed by defendant(s)  Over 30  ____

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
     employement discrimination. Jurisdiction is specifically conferred on the Court by 42
     U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ☐ Failure to employ me.
     2.   ☑ Termination of my employment.
     3.   ☐ Failure to promote me.
     4.   ☐ Other acts as specified below: _____

     _____

     _____

5.  Plaintiff is:
    A.  ____ Presently employed by the defendant.
        ✓ Not presently employed by the defendant.  The dates of employement were
        June 2012 - February 2015 Employment was terminated because:

        (1)  ✓ Plaintiff was discharged.
        (2)  ____ Plaintiff was laid off.
        (3)  ____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  ✓ My race.
    B.  ____ My religion.
    C.  ____ My sex.
    D.  ____ My national origin.
    E.  ____ Other, as specified below: _____
    _____
    _____

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) Chris, Caucasian, male, Supervisor;
    Jeff, Caucasian, male, Team Leader )
    Josh, Caucasian, male, Lead man

8.  The alleged discrimination occurred on or about February 19, 2015 .

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows:
    Josh Verbally attacked me by saying "you are
    not going to have this good job any more", I'm going
    to get you fired." Chris and Jeff join in on the
    verbal attack.

10. The alleged illegal activity took place at IP Deck

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____ June, 2015 _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 12/29/15.

12. I seek the following relief:

A. ✓ Recovery of back pay.
B. ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: April 4, 2016

_____
Signature of Plaintiff

4203 Matterhorn Street
Montgomery, Alabama 36116
(334) 314-4342
Address & Telephone Number of Plaintiff