IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PONCE D. HOWARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-230-WKW [WO] |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is Plaintiff's *pro se* motion for reconsideration (Doc. # 79), which is construed as a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). The motion is due to be denied.

Rule 59(e) authorizes the filing of a motion to alter or amend a judgment after its entry. In the Eleventh Circuit, "[t]he only grounds for granting [a Rule 59(e)] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam) (second alteration in original) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). Rule 59(e) "may not be used to relitigate old matters, or to raise arguments or present evidence that could have been raised prior to the entry of judgment." *Exxon Shipping Co. v. Baker*, 554 U.S. 471, 486 n.5 (2008) (citation omitted).

Plaintiff has presented no ground that entitles him to relief under Rule 59(e). He does not rely on newly discovered evidence, and none of his arguments shows the need to correct a manifest error of law or fact. Accordingly, it is ORDERED that Plaintiff's Rule 59(e) motion to alter or amend the judgment (Doc. # 79) is DENIED.

DONE this 5th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE